**SCHWENGER–KLEIN, Inc., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 7861.

Circuit Court of Appeals, Sixth Circuit.

May 9, 1939.

Miller, Daus & Schwenger, of Cleveland, Ohio, for petitioner.

James W. Morris, J. P. Wenchel, Sewall Key, Frederick R. Shearer, J. Louis Monarch, and John J. Pringle, Jr., all of Washington, D. C., for respondent.

Before ALLEN, HAMILTON, and ARANT, Circuit Judges.

PER CURIAM.

The decision is affirmed for the reasons given in the memorandum opinion of the Board of Tax Appeals.

**In the Matter of SOBOD, Inc.; Margery Daw Hats, Inc., Joseph Sofranski and David Bodner, Respondents-Appellants, David Danish, As Trustee of Sobod, Inc., Appellee.**

No. 335.

Circuit Court of Appeals, Second Circuit.

May 1, 1939.

Henry E. Coleman, of New York City, for appellants.

Herman G. Robbins, of Brooklyn, N. Y., for trustee-appellee.

Before L. HAND and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed.

**SOUND PICTURES PATENT CO., a Corporation, Appellant, v. METRO–GOLDWYN–MAYER CORPORATION, a Corporation, Appellee.**

No. 9165.

Circuit Court of Appeals, Ninth Circuit.

May 1, 1939.

No appearances for appellant.

Lyon & Lyon, of Los Angeles, Cal., for appellee.

Before WILBUR, GARRECHT, and HANEY, Circuit Judges.

PER CURIAM.

Upon consideration of motion of appellee for dismissal of the appeal herein for failure of appellant to file record and docket cause, and good cause therefor appearing, ordered said motion granted, that a decree of dismissal be filed and entered accordingly, and the mandate of this court in this cause issue forthwith.